*E-Filed 5/26/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EFREN BULLARD,

        Plaintiff,

    v.

J. BEMROSE,

      Defendants.

_____/

No. C 10-2145 RS (PR)

**ORDER OF TRANSFER**

    Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The acts complained of occurred at Tehachapi State Prison, which is located in the Eastern District of California, and it appears that the defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

    **IT IS SO ORDERED**.

DATED: May 26, 2010

                    _____
                    RICHARD SEEBORG
              United States District Judge

**United States District Court**
For the Northern District of California